

William G. Wright
856.914.2045
wwright@capehart.com
Fax: 856.235.2786

September 6, 2018

<u>*Via ECF*</u>
Hon. Michael B. Kaplan, U.S.B.J.
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   Atkinson v. Kretschman, et al.
      Adv. No. 17-01298
      PH Construction LLC
      Case No. 16-022139
      Our File No. 0217-42163

Dear Judge Kaplan:

I apologize to your Honor, other counsel, and Mr. Paulsen for failing to attend today's settlement conference and the inconvenience that that caused. I did not have this matter on my calendar for September 10, not today. I don't have an explanation for that.

Mr. Paulsen has advised me that a conference call has been scheduled for September 27 at 11 a.m.

      Respectfully yours,

      CAPEHART & SCATCHARD, P.A.

      */s William G. Wright*
      William G. Wright

WGW/wgw
cc:   Bunce Atkinson Esquire *Via ECF*
      James G. Aaron Esq. *Via ECF*
      Glenn Paulsen Esq.